


**ANTAR LAW FIRM, PLLC**

26 COURT STREET
SUITE 1200
BROOKLYN, NY 11242
TEL: 212.388.0900
FAX: 646.954.8151

Solomon E. Antar
 Edward S. Antar*
*Admitted to practice
in New York & New Jersey

Leopold Gross
Of Counsel

October 30, 2019

Hon. Ann Donnley
Hon. D'Arcy Hall
Hon. William F. Kunz, II
United States District Judges
United States Court House
225 Cadman Plaza East
Brooklyn, NY 11201


Re: Triplenet Pricing, Inc. v. Urban Amour Gear, LLC (19-cv-3716 (AD, SJB)).
    Triplenet Pricing, Inc. v. Monster, Inc. (19-cv-5805 (DH, RM))
    Triplenet Pricing, Inc. v. Mechanix Wear, (19-cv-05990 (WFK, CLP)),

Dear Judges Donnley, Hall & Kuntz:

I am the attorney for the plaintiff in each of the above-captioned cases.

Attached, please find a copy of a letter motion sent to the Hon. Brian M. Cogan that is self-explanatory.

Issue has yet to be joined on any of these cases. Accordingly, I am addressing this joint letter motion to you regarding the above cases so that the court may consider consolidating them in order to conserve judicial resources.

Respectfully submitted,
/s/_____
SOLOMON E. ANTAR

a/
enc.