

ANTAR LAW FIRM, PLLC

26 COURT STREET
SUITE 1200
BROOKLYN, NY 11242
TEL: 212.388.0900
FAX: 646.954.8151

Solomon E. Antar
 Edward S. Antar*
*Admitted to practice
in New York & New Jersey

Leopold Gross
Of Counsel

October 30, 2019

Hon. Brian M. Cogan
United States District Judge
United States Court House
225 Cadman Plaza East
Brooklyn, NY 11201.

Re: Triplenet Pricing, Inc. v. Skull Candy, Inc. (19-cv-5508)

Dear Judge Cogan:

I am the attorney representing the above-named plaintiff. To date, issue has not yet been joined by the defendant.

This letter motion requests the underlying relief as may be determined proper by this court.

In an effort to conserve judicial resources, I respectfully call the court's attention to the following facts.

Another case by the plaintiff involving the same, basic underlying facts has been assigned to Judge D'Arcy Hall (Triplenet Pricing, Inc. v. Monster, Inc. 19-cv-5805). However, when filing yet another case involving the same plaintiff (Triplenet Pricing, Inc. v. Mechanix Wear, 19-cv-05990), the Civil Cover Sheet noted the related case before Judge Hall. Nevertheless, the case was assigned to Judge Kuntz.

Additionally, there is still one other case involving the same plaintiff and a like set of facts that is pending before Judge Donnelly (Triplenet Pricing, Inc. v. Urban Amour Gear, LLC, 19-cv-3716).

Accordingly, I will write to each judge separately and will furnish them with copy of this letter so that a decision may be made upon the initial assignment of these cases.

Additionally, I request that the initial conference scheduled before Your Honor for 11/12/19 be adjourned and held in abeyance until the instant matters before the court are resolved.

Respectfully submitted,
/s/ _____
SOLOMON E. ANTAR

a/
cc: Judge D'Arcy Hall
    Judge Wm. F. Kuntz II
    Judge Ann Donnelly