UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
TRIPLENET PRICING, INC.,

                              Plaintiff,                       **ORDER TO SHOW CAUSE**

             -against-                                      19-CV-5805 (LDH)

MONSTER, INC.,

                              Defendant.
----------------------------------------------------------------x

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

A review of the docket sheet in this case reveals that the Complaint was served on defendant on November 4, 2019, and no Answer has been filed or further action taken in the case.

Plaintiff is now directed to show cause, via ECF, by January 23, 2020, why the case should not be dismissed for lack of prosecution, pursuant to Fed. R. Civ. P. 41(b). Failure to comply with this Order shall result in a recommendation that the case be dismissed with prejudice. Simply filing a Request for Certificate of Default or a Notice of Voluntary Dismissal does not excuse plaintiff from responding to this Order.

The Clerk is requested to send a copy of this Order via ECF to counsel for plaintiff, who shall promptly serve a copy on defendant.

        SO ORDERED.

Dated:    Brooklyn, New York
             January 16, 2020

                                              /s/  *Roanne L. Mann*
                                               **ROANNE L. MANN**
                                               **CHIEF UNITED STATES MAGISTRATE JUDGE**