

# ANTAR LAW FIRM, PLLC

26 COURT STREET
SUITE 1200
BROOKLYN, NY 11242
TEL: 212.388.0900
FAX: 646.954.8151

Edward S. Antar*
Solomon E. Antar
*Admitted to practice
in New York & New Jersey

Of Counsel
Leopold Gross

January 16, 2020

Hon. Roanne L. Mann
United States District Judge
United States Court House
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Triplenet Pricing, Inc., v. Monster, Inc.
    USDC, EDNY, Case No.: 1:19-cv-05805-LDH-RLM

Dear Judge Mann:

Attached, please find a letter sent to Monster, Inc. on December 26, 2019 in an effort to avoid any proceedings against the defendant in default.

I have very rarely rushed to enter a default against a party and, least, serve another notice to allow for additional time before proceeding any further.

I respectfully request that the court allow the defendant this additional time in which to appear since a quick resolution of the matter would be more desirable than a lengthy lawsuit.

Respectfully submitted,

_____/s/_____
SOLOMON E. ANTAR

a/