

# ANTAR LAW FIRM, PLLC

26 COURT STREET
SUITE 1200
BROOKLYN, NY 11242
TEL: 212.388.0900
FAX: 646.954.8151

Edward S. Antar*
Solomon E. Antar
*Admitted to practice
in New York & New Jersey

Of Counsel
Leopold Gross

December 30, 2019

Monster, Inc.
601 Gateway Boulevard
San Francisco, CA 94080

Re: Triplenet Pricing, Inc., v. Monster, Inc.
    USDC, EDNY, Case No.: 1:19-cv-05805-LDH-RLM

Gentlemen:

On December 4, 2019, you were served through the NY Secretary of State with a summons and complaint in the above action, a copy of which is included herewith. Your answer was due on December 25, 2019, although neither filed nor received.

In order to avoid any further action that might be taken against you in default, please attend to this matter as soon as possible so that you answer is filed no later than January 24, 2020.

Also, in an aim towards resolving this dispute, please feel free to call me at any time to discuss this matter.

Very truly yours,

SOLOMON E. ANTAR

a/